INDEPENDENT INSURANCE COMPANY *vs.* GABRIEL E. THOMAS.

A specific judgment payable in gold coin is to be rendered for damages assessed for the breach of a contract for the payment of a sum in gold.

CONTRACT by a corporation under the law of this Common-wealth against an inhabitant of St. John in New Brunswick. The declaration was as follows : " And the plaintiffs say the defendant was intrusted by them to deliver policies of insurance to parties insured, and make collections of premiums on the same, and remit the same to the plaintiffs; that the defendant collected for the plaintiffs, and as money due to the plaintiffs, the sum of seven hundred and thirteen and $\frac{38}{100}$ dollars in gold, which said sum the defendant has neglected and refused to pay to the plaintiffs although often requested to pay the same; and the plaintiffs say the defendant owes them said sum of seven hundred and thirteen and $\frac{38}{100}$ dollars in gold, for which the plaintiffs claim special judgment in gold and specie." The defendant was arrested on mesne process, gave bail, and was defaulted.

In the superior court, the plaintiffs moved for an assessment of the damages, and requested the court to assess damages in gold and to order judgment in gold for the damages, and that the execution might run against the defendant to be levied in gold. But *Putnam*, J., assessed damages in the sum of $713.38 and interest, and ordered judgment " for the plaintiffs for $713.38 and interest in currency." The plaintiffs alleged exceptions.

*J. Nickerson*, for the plaintiffs.

No counsel appeared for the defendant.

CHAPMAN, C. J. The supreme court cf the United States has decided that, under the statutes of the United States, when it

appears to be the clear intent of a contract that payment or satisfaction shall be made in gold or silver, damages should be assessed and judgment rendered accordingly, and that the state courts of common law, as well as the courts of the United States, are bound to render such specific judgments. *Bronson* v. *Rodes*, 7 Wallace, 229. *Butler* v. *Horwitz*, Ib. 258. As that court has final jurisdiction in the matter, it is the duty of the courts of this Commonwealth to conform to its decision. In this case, the debt being payable in gold, a specific judgment should be rendered for gold coin, and execution should be issued accordingly. *Exceptions sustained*